USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BEN BONAVENTURA,

                 Plaintiff,             **ORDER**

             -v-                   17-CV-2168 (ER) (JLC)

GEAR FITNESS ONE NY PLAZA LLC, et al.,

                Defendants.
-----------------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

     The Court held a settlement conference today, during which the parties reached a settlement in principle. Accordingly, the parties are directed to submit their settlement papers no later than **February 16, 2021**.

     SO ORDERED.

Dated: January 13, 2021
       New York, New York

                                      JAMES L. COTT
                                      United States Magistrate Judge